IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN BUZEK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3214 |
| | ) | |
| v. | ) | |
| | ) | |
| PAWNEE COUNTY, and PAWNEE COUNTY BOARD, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 07, 2005, file their Report of Parties' Planning Conference.

DATED September 20, 2005.

/s/ David L. Piester
United States Magistrate Judge