IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN BUZEK, | ) | 4:05cv3214 |
| | ) | |
| Plaintiff, | ) | **ORDER ON PARTIES'** |
| | ) | **JOINT STIPULATION AND** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | |
| PAWNEE COUNTY and PAWNEE COUNTY BOARD, | ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the parties' Joint Stipulation and Motion to Continue the deadline to meet and confer and file their Report of Parties' Planning Conference, filing 7. The parties request an extension of the deadline from October 7, 2005, to October 28, 2005.

Upon due consideration, the Court finds that an Order should be entered accordingly.

IT IS HEREBY ORDERED that counsel for the parties shall have until October 28, 2005 to meet and confer and file their planning report in accordance with Fed. R. Civ. P. 26(f).

Dated October 7, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared and Submitted by:
/S/Kim K. Sturzenegger
Kim K. Sturzenegger #19886
BOUCHER LAW FIRM
700 Lincoln Square
121 S. 13th St.
Lincoln, NE 68508
(402) 475-3865
email:ksturzenegger@boucherlawfirm.com