```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WARREN BUZEK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3214 |
| | ) | |
| v. | ) | |
| | ) | |
| PAWNEE COUNTY and PAWNEE | ) | ORDER |
| COUNTY BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. On October 7, 2005 the court granted the parties' motion for time to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting on or before October 28, 2005. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before November 30, 2005, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 15th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge