```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WARREN BUZEK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3214 |
| | ) | |
| v. | ) | |
| | ) | |
| PAWNEE COUNTY and PAWNEE | ) | ORDER |
| COUNTY BOARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 19 from the public docket sheet and file it as a sealed pleading.

DATED this 9th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge