IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN BUZEK, | ) | 4:05CV3214 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PAWNEE COUNTY and | ) | |
| PAWNEE COUNTY BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 25) is granted, as follows: Plaintiff shall have until July 27, 2006, to respond to Defendants' motion for summary judgment (filing 22).[1]

July 24, 2006.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] Trial of this matter is scheduled to commence during the week of August 21, 2006. Therefore, the extended response date will be strictly enforced.